1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XAVIER LARREGUI-RIVERA,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>    Defendant. | Civil No. 2:21-CV-00059-RAJ<br><br><br>~~PROPOSED~~ ORDER |

Based on Defendant's Motion, it is hereby ORDERED that the Answer due date

shall be amended as follows:

Defendant shall have up to and including July 12, 2021, to file a response to

Plaintiff's Complaint, including the certified administrative record. If the certified

administrative record becomes available to the Office of the General Counsel before the

aforementioned date, the record may be filed earlier, if feasible.

Page 1     ORDER - [2:21-CV-00059-RAJ]

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

If the Commissioner is unable to file the certified administrative record by that date, the Commissioner shall file another motion for extension every 28 days until the certified administrative record becomes available.

DATED this 11th day of June, 2021.

Richard A Jones

The Honorable Richard A. Jones
United States District Judge

Page 2     ORDER - [2:21-CV-00059-RAJ]